IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINA ROSADO on behalf of her minor
daughter, L.M.,

    Plaintiff,

vs.                                             Cause No. 1:17-cv-01007-KG/KBM

ALBUQUERQUE PUBLIC SCHOOLS,
CAMP FIRE USA NEW MEXICO COUNCIL,
BRITTANY CAMPOS, and
DEBORAH DOWLER,

    Defendants.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court upon Defendant Albuquerque Public Schools Motion to Dismiss on the Grounds of Immunity Under the Tort Claims Act ("Motion") (Doc. 12), and the Court being fully advised that Plaintiff Christina Rosado has stipulated to the relief requested in the Motion,

**HEREBY FINDS** that the Joint Motion is well taken and shall be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that any and all claims that were or could have been brought by Plaintiff against Defendant Albuquerque Public Schools in this matter are dismissed with prejudice. Each party shall bear their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jennifer G. Anderson*
Jennifer G. Anderson
Megan T. Muirhead
*Attorneys for Defendant APS*
P. O. Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800


APPROVED:


By: */s/ Electronically approved on 1/17/18*
David L. Dotson, Esq.
P.O. Box 115
Socorro, NM 87801
Tel: (575) 838-3978
*dotsonlawoffices@gmail.com*
*Attorney for Plaintiff*

APPROVED AS TO FORM:

By: */s/ Electronically approved on 1/18/18*
Phillip W. Cheves, Esq.
Butt Thornton & Baehr, P.C.
P.O. Box 3170
Albuquerque, NM 87190
Tel: (505) 884-0777
*pwcheves@btblaw.com*
*Attorneys for Defendant Camp Fire USA*