IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINA ROSADO on behalf of her minor
daughter, L.M.,

    Plaintiff,

vs.                               Cause No. 1:17-cv-01007-KG/KBM

ALBUQUERQUE PUBLIC SCHOOLS and
CAMP FIRE USA NEW MEXICO COUNCIL, and
BRITTANY CAMPOS, and
DEBORAH DOWLER,

    Defendants.

## ORDER REMANDING CASE TO STATE COURT

THIS MATTER having come before the Court on the Joint Motion to Remand to the State Court filed by the Plaintiff and Defendant; Plaintiff and Defendant having stipulated that pursuant to 28 § 1441(b)(2) the case was not properly removed; the Court having reviewed the pleadings and being otherwise fully advised in the premises:

FINDS, that the Court lacks jurisdiction over the subject matter and the parties herein; that just cause exists for the granting of the Joint Motion to Remand to State Court; and, therefore, the Motion is granted.

IT IS THEREFORE ADJUDGED AND DECREED that the above-captioned matter is hereby remanded to the Second Judicial District Court, County of Bernalillo for continued litigation and trial.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

BUTT THORNTON & BAEHR PC

*/s/ Phillip W. Cheves*
Phillip W. Cheves
Charles B. Kraft
P.O. Box 3170
Albuquerque, NM 87190
Tel: (505) 884-0777
pwcheves@btblaw.com
cbkraft@btblaw.com
**Attorneys for Defendant Camp Fire USA**

and

*/s/ David Dotson*
David L. Dotson, Esq.
P.O. Box 115
Socorro, NM 87801
Tel: (575) 838-3978
dotsonlawoffices@gmail.com
**Attorneys for Plaintiff**